**Affirm and Opinion Filed October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01293-CV

**JAMES A. WALTERS, Appellant**

**V.**

**21ST CENTURY INSURANCE COMPANY, OLD AMERICAN COUNTY MUTUAL
FIRE INSURANCE COMPANY, AND KATRESIA RUSH, INDIVIDUALLY AND AS
CLAIMS REPRESENTATIVE OF OLD AMERICAN COUNTY MUTUAL FIRE
INSURANCE COMPANY, Appellees**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-10-08240-A**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice Francis

James A. Walters appeals the trial court's order granting appellees' motion for summary judgment and dismissing his claims against them. We affirm.

After appellant filed his brief, this Court notified him by letter that the brief contained several deficiencies, including a failure to provide record references in the statement of the case and the statement of facts and a failure to provide appropriate citations to authorities in the argument. Thereafter, appellant filed an amended brief, which is now before this Court.

The Texas Rules of Appellate Procedure control the required content and organization for an appellant's brief. *See* TEX. R. APP. P. 38.1. Among other things, the brief must contain (1) a statement of the case supported by record references, (2) a statement of facts supported by record

references, and (3) an argument for the contentions with appropriate citations to authorities and to the record. *See* TEX. R. APP. P. 38.1(d), (g), and (i). We are not responsible for identifying possible trial court error, searching the record for facts that may be favorable to a party's position, or doing the legal research that might support a party's position. *See Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App.—Dallas 2010, no pet.). We may not speculate as to the substance of the specific issues asserted by an appellant and may not make a party's arguments for him. *Strange v. Cont'l Cas. Co.*, 126 S.W.3d 676, 678 (Tex. App.—Dallas 2004, pet. denied). An appellant's failure to cite legal authority or provide substantive analysis of a legal issue results in waiver of the complaint. *Fredonia State Bank v. Gen. Am. Life Ins. Co.*, 881 S.W.2d 279, 284 (Tex. 1994) (observing that error may be waived by inadequate briefing); *Huey v. Huey*, 200 S.W.3d 851, 854 (Tex. App.—Dallas 2006, no pet.).

Here, appellant's statement of the case and statement of facts in the amended brief contain no citations to the 620-page clerk's record. Although his two-page argument section, which presumably was intended to address all seven of his issues, lists three statutes and five federal cases, it does not provide any substantive analysis of any legal issues as they relate to the facts of this case nor is there any citation to the record. Although appellant was given an opportunity to correct the deficiencies in his brief, he failed to do so. Because appellant has failed to file a brief that complies with the rules of appellate procedure, he has waived his issues on appeal.

We affirm the trial court's order.

121293F.P05

/Molly Francis
MOLLY FRANCIS
JUSTICE

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES A. WALTERS, Appellant

No. 05-12-01293-CV     V.

21ST CENTURY INSURANCE
COMPANY, OLD AMERICAN COUNTY
MUTUAL FIRE INSURANCE
COMPANY, AND KATRESIA RUSH,
INDIVIDUALLY AND AS CLAIMS
REPRESENTATIVE OF OLD AMERICAN
COUNTY MUTUAL FIRE INSURANCE
COMPANY, Appellees

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-10-08240-A.
Opinion delivered by Justice Francis;
Justices FitzGerald and Myers participating.

     In accordance with this Court's opinion of this date, the order of the trial court is
**AFFIRMED**.

     It is **ORDERED** that appellees 21ST CENTURY INSURANCE COMPANY, OLD
AMERICAN COUNTY MUTUAL FIRE INSURANCE COMPANY, AND KATRESIA RUSH,
INDIVIDUALLY AND AS CLAIMS REPRESENTATIVE OF OLD AMERICAN COUNTY
MUTUAL FIRE INSURANCE COMPANY, recover their costs of this appeal from appellant
JAMES A. WALTERS.


Judgment entered October 31, 2013


/Molly Francis/
MOLLY FRANCIS
JUSTICE

–3–